# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Miriam AMAYA and Margarito Martinez,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>PRINCESS CRUISE LINES, LTD., Does 1-20,<br><br>　　　　Defendants. | CASE NO.: 23-cv-0790-AGS-SBC<br><br>**ORDER GRANTING JOINT MOTION TO TRANSFER VENUE (ECF 12)** |

　　　The Joint Stipulation to Transfer Case to the United States District Court for the Central District of California (ECF 12) is granted, as the parties agree that there is a valid "forum selection clause" electing the Central District in the relevant "Passage Contract." (ECF 12, at 1–2.) The Clerk shall transfer this case to the Central District. *See Atl. Marine Const. Co. v. U.S. Dist. Ct. for W. Dist. of Texas*, 571 U.S. 49, 60 (2013) (requiring a forum-selection clause be "given controlling weight in all but the most exceptional cases" (cleaned up)).

Dated: July 12, 2023

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　Andrew G. Schopler
　　　　　　　　　　　　　　　　　　United States District Judge